*In re* Gilberto Salas David y César Vélez González.

*Número:* TS-2047          *Resuelto:* 21 de enero de 2000

Carmen H. Carlos, *Directora de la Oficina de Inspección de Notarías*; Gilberto Salas David, *pro se.*

## RESOLUCIÓN

Vistas las mociones informativas del Lcdo. Gilberto Salas David y de la Directora de la Oficina de Inspección de Notarías, y la solicitud de reinstalación al ejercicio de la notaría del licenciado Salas David, se concede lo solicitado.

La reinstalación será efectiva en la fecha en que se notifique esta resolución.

*Notifíquese vía fax y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Hernández Denton no intervino.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*